UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSE BAEZ

        Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

        Defendant(s)

**JUDGMENT**

Civil #08-2757 (RBK)

---

The matter is reopened in accordance with the mandate of the United States Court of Appeals for the Third Circuit.

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 3, 2012, and no timely objection having been filed,

IT IS, on this 30th day of April, 2012

ORDERED that the report of Hon. John W. Bissell dated February 3, 2012 is hereby affirmed and Judgment be entered in favor of **plaintiff Jose Baez** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $4,000.00 in compensatory damages together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

HON. ROBERT B. KUGLER, U.S.D.J.